JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>JAMES P. RAGAN, aka JAMES PATRICK RAGAN, JR., aka PATRICK RAGAN<br><br>   Defendant. | CV 10-7654 RSWL (MANx)<br><br>**JUDGMENT** |

On October 25, 2011, this Court granted Plaintiff United States of America's Motion for Summary Judgment against Defendant James P. Ragan ("Defendant"). Therefore, judgment is entered against Defendant in the amount of $23,109.00 for the remaining principal balance on Defendant's student loan; $42,708.70 interest that has been accrued as of February 22, 2011; and $2,000 in attorney's fees.

///
///
///

1

1 | This judgment shall bear interest at a rate of 7% from the date of entry until paid.

DATED: October 25, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge